UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
MOYER, KATRINA T                     §     Case No. 10-75684
                                     §
         Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:     327 South Church Street, Room #1100
                                                                                                Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 5/14/2012 in Courtroom 3100,

        United States Courthouse
        327 South Church Street
        Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: /s/ Daniel M. Donahue
                Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOYER, KATRINA T | § | Case No. 10-75684 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,001.63 |
| and approved disbursements of | $ | 3,928.10 |
| leaving a balance on hand of[1] | $ | 20,073.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,150.16 | $ 0.00 | $ 3,150.16 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 4,210.50 | $ 3,233.00 | $ 977.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 92.48 | $ 34.22 | $ 58.26 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,185.92 |
| Remaining Balance | | $ | 15,887.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,909.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 61.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 5,287.59 | $ 0.00 | $ 3,242.37 |
| 000002 | Chase Bank USA, N.A. | $ 8,214.95 | $ 0.00 | $ 5,037.43 |
| 000003 | Chase Bank USA, N.A. | $ 10,473.89 | $ 0.00 | $ 6,422.62 |
| 000004 | Chase Bank USA, N.A. | $ 1,427.32 | $ 0.00 | $ 875.24 |
| 000005 | GE Money Bank | $ 505.46 | $ 0.00 | $ 309.95 |
| Total to be paid to timely general unsecured creditors | | | $ | 15,887.61 |
| Remaining Balance | | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue<br>Trustee

DANIEL M. DONAHUE  
P.O. BOX 2903  
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-75684-MB
Katrina T Moyer                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: rmarola            Page 1 of 2            Date Rcvd: Apr 10, 2012
                              Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2012.
```
db         +Katrina T Moyer,    13079 Lee Road,    Hinckley, IL 60520-6081
16427502   +A T&T UNIVERSAL CARD,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
16427504    CHARTER ONE CARD SERVICES,    P.O. Box 18204,    Bridgeport, CT 06601-3204
16427505    CHASE CREDIT CARDS,    P. O. Box 15298,    Wilmington, DE 19850-5298
16427506    CITI CARDS,    P.O. Box 6000,    The Lakes, NV 89163-6000
17288441    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16427507   +DISNEY REWARDS,    c/o Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
16427508   +FIRST NORTHERN CREDIT UNION,    Customer Service,    P.O. Box 30495,    Tampa, FL 33630-3495
17534199    GE Money Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,
             Miami FL 33131-1605
16427510   +RESOURCE BANK,    555 Bethany Road,    DeKalb, IL 60115-4941
16427511    SLATE FROM CHASE,    P.O. Box 15299,    Wilmington, DE 19850-5299
16427512   +THERESA K LOREK,    13499 Duffy Road,    Hinckley, IL 60520-6022
16427513   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. BANK,    Mail Loc.CNTX05 Attn: 5th Fl. BK.,    P.O. Box 5229,
              Cincinnati, OH 45201)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16427503    E-mail/Text: ally@ebn.phinsolutions.com Apr 11 2012 01:48:49     ALLY FINANCIAL,
             P.O. Box 130424,    Saint Paul, MN 55113-0004
16427509   +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2012 01:43:54      LOWE'S,   c/o GE Money Bank,
             P.O. Box 981400,    El Paso, TX 79998-1400
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 12, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: rmarola              Page 2 of 2                  Date Rcvd: Apr 10, 2012
                              Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2012 at the address(es) listed below:

```
              Daniel   Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
              Jeffry A. Dahlberg    on behalf of Debtor Katrina Moyer MartiM@balsleylawoffice.com,
               SandyC@balsleylawoffice.com;LisaH@balsleylawoffice.com;TelquilaJ@balsleylawoffice.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```