# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOYER, KATRINA T | § | Case No. 10-75684 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ALLY FINANCIAL P.O. Box 130424 Saint Paul, MN 55113-0004 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RESOURCE BANK 555 Bethany Road DeKalb, IL 60115 | | | | | |
| | U.S. BANK Mail Loc.CNTX05 Attn: 5th Fl. BK. P.O. Box 5229 Cincinnati, OH 45201 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | | | | | |
| WIPFLI LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A T&T UNIVERSAL CARD P.O. Box 6500 Sioux Falls, SD 57117 | | | | | |
| | CHARTER ONE CARD SERVICES P.O. Box 18204 Bridgeport, CT 06601-3204 | | | | | |
| | CITI CARDS P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | FIRST NORTHERN CREDIT UNION Customer Service P.O. Box 30495 Tampa, FL 33630 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-75684 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | MOYER, KATRINA T | Date Filed (f) or Converted (c): | 11/16/10 (f) |
| | | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: 06/08/12 | | Claims Bar Date: | 07/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at: 13079 Lee Road Hinckley, I | 107,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Real estate located at: 13499 Duffy Road Hinckley, | 29,306.00 | 24,000.00 | | 24,000.00 | FA |
| 3. First Northern Credit Union - savings | 77.00 | 0.00 | DA | 0.00 | FA |
| 4. Resource Bank - checking | 50.00 | 0.00 | DA | 0.00 | FA |
| 5. Resource Bank - savings | 400.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Clothing and personal items | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Wedding rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Term Life Insurance Policy - no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Interest in Primerica IRA | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2008 Chevrolet Cobalt | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 1999 Pontiac Grand Prix | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 13. 1999 Ford F150 | 800.00 | 0.00 | DA | 0.00 | FA |
| 14. 1992 GMC Jimmy | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.63 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $166,833.00 $24,000.00 $24,001.63 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 09/01/12    Current Projected Date of Final Report (TFR): 09/01/12

LFORM1
Ver: 16.06b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-75684 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | MOYER, KATRINA T | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******3723 MONEY MARKET |
| Taxpayer ID No: | *******8881 | | | |
| For Period Ending: | 06/08/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/26/11 | 2 | KATRINA T MOYER<br>13079 LEE RD<br>HINCKLEY, IL 60520-6081 | INTEREST IN REAL ESTATE | 1110-000 | 20,000.00 | | 20,000.00 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 20,000.01 |
| 05/10/11 | 2 | KATRINA T MOYER<br>13079 LEE RD<br>HINCKLEY, IL 60520-6081 | INTEREST IN REAL ESTATE | 1110-000 | 700.00 | | 20,700.01 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 20,700.19 |
| 06/07/11 | 2 | KATRINA T MOYER<br>13079 LEE RD<br>HINCKLEY, IL 60520-6081 | INTEREST IN REAL ESTATE | 1110-000 | 700.00 | | 21,400.19 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 18.31 | 21,381.88 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,382.05 |
| 07/11/11 | 2 | KATRINA T MOYER<br>13079 LEE RD<br>HINCKLEY, IL 60520-6081 | INTEREST IN REAL ESTATE | 1110-000 | 700.00 | | 22,082.05 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,082.23 |
| 08/05/11 | 2 | KATRINA T MOYER<br>13079 LEE RD<br>HINCKLEY, IL 60520-6081 | INTEREST IN REAL ESTATE | 1110-000 | 700.00 | | 22,782.23 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,782.42 |
| 09/06/11 | 2 | KATRINA T MOYER<br>13079 LEE RD<br>HINCKLEY, IL 60520-6081 | INTEREST IN REAL ESTATE | 1110-000 | 700.00 | | 23,482.42 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 23,482.61 |
| 10/05/11 | 2 | KATRINA T MOYER | INTEREST IN REAL ESTATE | 1110-000 | 500.00 | | 23,982.61 |

Page Subtotals     24,000.92     18.31

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 10-75684 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | MOYER, KATRINA T | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******3723 MONEY MARKET |
| Taxpayer ID No: | *******8881 | | | |
| For Period Ending: | 06/08/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 13079 LEE RD | | | | | |
| | | HINCKLEY, IL 60520-6081 | | | | | |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,982.81 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.35 | 23,952.46 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,952.66 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.53 | 23,923.13 |
| 12/29/11 | 001001 | MCGREEVY WILLIAMS, P.C. | INTERIM ATTORNEY'S FEES | 3110-000 | | 3,233.00 | 20,690.13 |
| 12/29/11 | 001002 | MCGREEVY WILLIAMS, P.C. | INTERIM ATTORNEY EXPENSES | 3120-000 | | 34.22 | 20,655.91 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 20,656.11 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.49 | 20,626.62 |
| 01/19/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 20,626.73 |
| 01/19/12 | | Transfer to Acct #*******3804 | Bank Funds Transfer | 9999-000 | | 20,626.73 | 0.00 |

| | | | | COLUMN TOTALS | 24,001.63 | 24,001.63 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers/CD's | 0.00 | 20,626.73 | |
| | | | | Subtotal | 24,001.63 | 3,374.90 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 24,001.63 | 3,374.90 | |

Page Subtotals 0.71 23,983.32

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-75684 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | MOYER, KATRINA T | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3804 GENERAL CHECKING |
| Taxpayer ID No: | *******8881 | | | |
| For Period Ending: | 06/08/12 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3723 | Bank Funds Transfer | 9999-000 | 20,626.73 | | 20,626.73 |
| 03/21/12 | 000100 | WIPFLI LLP<br>4949 HARRISON AVE., STE. 300<br>POB 5407<br>ROCKFORD, IL 61125-0407 | ACCOUNTANT FEES<br>INVOICE 632861 | 3410-000 | | 553.20 | 20,073.53 |
| 05/15/12 | 000101 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Expense | 2100-000 | | 3,150.16 | 16,923.37 |
| 05/15/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 977.50 | 15,945.87 |
| 05/15/12 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 58.26 | 15,887.61 |
| 05/15/12 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 61.3% | 7100-000 | | 3,242.37 | 12,645.24 |
| 05/15/12 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 61.3% | 7100-000 | | 5,037.43 | 7,607.81 |
| 05/15/12 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 61.3% | 7100-000 | | 6,422.62 | 1,185.19 |
| 05/15/12 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 61.3% | 7100-000 | | 875.24 | 309.95 |
| 05/15/12 | 000108 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 61.3% | 7100-000 | | 309.95 | 0.00 |

Page Subtotals    20,626.73    20,626.73

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-75684 -MLB |
| Case Name: | MOYER, KATRINA T |
| Taxpayer ID No: | *******8881 |
| For Period Ending: | 06/08/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3804  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,626.73 | 20,626.73 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 20,626.73 | 0.00 | |
| | | | Subtotal | | 0.00 | 20,626.73 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 20,626.73 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********3723 | 24,001.63 | 3,374.90 | 0.00 |
| GENERAL CHECKING - ********3804 | 0.00 | 20,626.73 | 0.00 |
| | 24,001.63 | 24,001.63 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*